UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JOHN C. EDLER,**

    **Plaintiff,**

           **Case No.: 2:19-cv-2045**
    v.         **JUDGE EDMUND A. SARGUS, JR.**
           **Chief Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER**
**OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

    The matter before the Court is the parties' Joint Motion for Attorney's Fees. (ECF No. 16.) The motion (ECF No. 16) is hereby **GRANTED**. Plaintiff John C. Edler ("Plaintiff") is awarded the sum of $3,650.00. The award of attorney fees satisfies all of Plaintiff's claims for fees and expenses under 28 U.S.C. § 2412. The Court orders that the fee award is payable to Plaintiff. Pursuant to the parties' stipulation, after the Court enters this award, if counsel for the parties can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant Commissioner of Social Security agrees to direct that the award be made payable to Plaintiff's attorney pursuant to an Equal Access to Justice Act assignment duly signed by Plaintiff.

    **IT IS SO ORDERED.**

**10/19/2020**                                **s/Edmund A. Sargus, Jr.**
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                        **UNITED STATES DISTRICT JUDGE**